UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION**, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC2,<br><br>**Plaintiff**<br><br>v.<br><br>**THEODORE W. THOMES,**<br>**S. JAMES LEVIS, JR.,**<br>and<br>**DONALD P. PENTA,**<br><br>**Defendants** | **Civil Action No: 2:19-cv-00477-JAW**<br><br>**NOTICE OF INTERESTED PARTIES** |

**NOW COMES** the Plaintiff, U.S. Bank National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC2 (hereinafter "U.S. Bank"), by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that U.S. Bank is a publicly traded entity. U.S. Bank common stock is listed on the New York Stock Exchange under the symbol USB. No individual or entity owns 10% or more of the outstanding shares of U.S. Bank.

**DATED** at Falmouth, Maine this 24th day of October, 2019.

        **BARNS GREENFIELD & THORNTON, LLC**
        Attorneys for Plaintiff

        */s/ James G. Spaulding*
        _____
        By James G. Spaulding (ME Bar No. 5442)
        8 Fundy Road
        Falmouth, ME 04105
        207.781.7677 (tel)
        207.781.7678 (fax)
        jspaulding@bgt-law.com